IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES LEWIS HOPKINS
#266215                                                                                                   PLAINTIFF

V.                              NO. 4:22-cv-01291-LPR-ERE

ERIC HIGGINS, *et al*.                                                                    DEFENDANTS

## ORDER

Plaintiff James Lewis Hopkins, a pre-trial detainee housed at the Pulaski County Detention Facility ("Detention Facility"), filed this civil rights lawsuit *pro se* under 42 U.S.C. § 1983. *Doc. 2*. On December 30, 2022, Mr. Hopkins filed his original complaint, asserting multiple, unrelated grievances about his detention and naming Defendants Sheriff Eric S. Higgins, Lieutenant Denise Atwood, Deputy George Belt, and Deputy Hagarty. *Doc. 2*. However, Mr. Hopkins failed to attribute any conduct to a named Defendant or explain how a single Defendant violated his constitutional rights.

Mr. Hopkins proceeded to file four additional pleadings, but only his third-amended complaint (*Doc. 16*) alleges conduct on the part of individuals named as Defendants.[1] Accordingly, the Court has treated Mr. Hopkin's third-amended

---

[1] In his original complaint (*Doc. 2*), first- amended complaint (*Doc. 3*), and second-amended complaint (*Doc. 9*), Mr. Hopkins alleges that he was sexually harassed by a deputy, who is not named as a Defendant. In addition, he alleges that unidentified staff: (1) held him for eighty days without providing him a court appearance; (2) held him in lock-

complaint as the operative pleading and has carried out its screening function under 28 U.S.C. § 1915A.

For reasons explained in a Recommendation entered separately, for screening purposes only, Mr. Hopkins has stated: (1) an excessive force claim against Defendant Belt; and (2) medical deliberate indifference claims against Defendants Belt and Atwood. Service is now proper for Defendants Belt and Atwood.

IT IS THEREFORE ORDERED THAT:

1. The Clerk is instructed to prepare summonses for Defendants George Belt and Denise Atwood.

2. The United States Marshal is directed to serve Defendants Belt and Atwood with a summons and a copy of the complaint and the amended complaints (with any attachments) (*Docs. 2, 6, 16, 17*), without requiring prepayment of fees and costs or security. Service for these Defendants should be attempted through the Pulaski County Detention Facility, 3201 West Roosevelt Road, Little Rock, Arkansas 72204.

Dated this 14th day of February, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

---

down for four to seven days at a time due to over population; (3) denied inmates adequate nutrition; (4) subjected him to second-hand smoke; and (5) denied him access to the law library. *Docs. 2, 3, 9.*