IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES LEWIS HOPKINS**     **PLAINTIFF**
**#266215**

V.     NO. 4:22-cv-01291-LPR-ERE

**ERIC S. HIGGINS, et al.**     **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition (PRD) from Magistrate Judge Edie R. Ervin.[1]  No objections have been filed, and the time for doing so has expired.  After a *de novo* review of the PRD and careful consideration of the record in this case, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.

Accordingly, Plaintiff's official capacity claims against all Defendants are DISMISSED without prejudice.  Plaintiff's individual capacity claims against Defendants Higgins and Hagarty are also DISMISSED without prejudice.  The Clerk is instructed to terminate Eric S. Higgins, Hagarty, and Pulaski County Detention Facility as party Defendants.

IT IS SO ORDERED this 8th day of November 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 18.