IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES LEWIS HOPKINS**                                                                  **PLAINTIFF**
**#266215**

v.                                   No. 4:22-cv-01291-LPR

**DENISE ATWOOD, et al.**                                                              **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 57). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the RD, along with careful consideration of the entire record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Defendants' Motion for Summary Judgment (Doc. 50) is GRANTED. Plaintiff's claims are DISMISSED without prejudice based on his failure to fully exhaust his administrative remedies. The Clerk is instructed to close this case. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 26th day of April 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE