**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JAMES LEWIS HOPKINS**                                                              **PLAINTIFF**
**#266215**

**v.**                                          **No. 4:22-cv-01291-LPR**

**DENISE ATWOOD, et al.**                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered today and prior Orders in this case, it is

CONSIDERED, ORDERED, and ADJUDGED that all claims brought in this case are hereby

DISMISSED without prejudice.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an

*in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good

faith.

IT IS SO ADJUDGED this 26th day of April 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE